IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR313 |
| v. | ) | |
| HECTOR ROMERO GUTIERREZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on Defendant's Objections to the Court's Imposition of Probation/Supervised Release, Filing No. 127. Pursuant to the court's order of March 18, 2008, jurisdiction of Hector Romero Gutierrez, was transferred to the United States District Court for the Southern District of California for his probation/supervision. Therefore, this court lacks jurisdiction to address the defendant's objections.

IT IS ORDERED:

1. The Clerk of the Court shall forward to the U.S. District Court for the Southern District of California, 880 Front Street, Suite 4290, San Diego, CA 92101-8900, a copy of Filing No. 127.

2. The defendant should file further pleadings regarding his probation/supervision directly with the U.S. District Court for the Southern District of California.

DATED this 28th day of July, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge