IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR313 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HECTOR ROMERO GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court sua sponte.

**IT IS ORDERED** that the warrant issued pursuant to the Petition For Offender Under Supervision (Filing No. 122) is hereby rescinded. The defendant's supervised release was transferred to the Southern District of California on March 18, 2008 (Filing No. 124). Pursuant to this court's order dated July 28, 2008, (Filing No. 128), this court has no jurisdiction with regard to further proceedings as to this defendant.

BY THE COURT:

Dated October 21, 2009.

s/ Joseph F. Bataillon
Chief United States District Judge